UNITED STATES DISTRICT COURT
OF NEW JERSEY
---------------------------------------------------------X
UNITED STATES OF AMERICA

vs.

JOSE JIMENEZ,

               Defendant.
---------------------------------------------------------X

**CONSENT ORDER**
**AMENDING RELEASE CONDITIONS**

Docket No.: 10-cr-802-1

**IT IS HEREBY ORDERED**, that on this 24th day of February, 2011 that the conditions of release set forth on the 25th day of October, 2010 is hereby amended as follows:

1. That the defendant, Jose Jimenez is permitted to return to work at Portline Services, his place of business, located at 481 Doremus Avenue, Newark New Jersey 07105;

2. That the defendant, Jose Jimenez is permitted to work on Monday's, Wednesday's and Friday's from the hours of 9:00 AM to 5:00 PM.

3. That all other bail conditions set initially remain in effect.

Dated: February 23, 2011

LAURIANO GUZMAN, JR.
Attorney for Defendant

BROOKE CAREY,
Assistant United States Attorney

SO ORDERED:

DENNIS M. CAVANAUGH, U.S.D.J.
Dated: 2/25/11

1