Fax from :

UNITED STATES DISTRICT COURT
OF NEW JERSEY
-----------------------------------------------------------x
UNITED STATES OF AMERICA

vs.

JOSE JIMENEZ,

       Defendant.
-----------------------------------------------------------x

**CONSENT ORDER
AMENDING RELEASE CONDITIONS**

Docket No.: 10-cr-802-1

IT IS HEREBY ORDERED, that on this 3rd of May, 2011 that the conditions of release set forth on the 25th day of October, 2010 is hereby amended as follows:

1. That the defendant, Jose Jimenez is permitted to return to work at Portline Services, his place of business, located at 481 Doremus Avenue, Newark New Jersey 07105;

2. That the defendant, Jose Jimenez is permitted to work Monday through Friday from the hours of 7:00 AM to 6:00 PM.

3. That all other bail conditions set initially remain in effect.

Dated: May 3, 2011

_____
LAURIANO GUZMAN, JR., ESQ.
Attorney for Defendant

_____
BROOKE CAREY,
Assistant United States Attorney

SO ORDERED:
_____
DENNIS M. CAVANAUGH, U.S.D.J.
Dated: 10 MAY 2011

1